# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7219 ODW(SHx) | | Date | January 6, 2011 |
|---|---|---|---|---|
| Title | Pueblo Nuevo Development v. California Water Purification et al | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order to Show Cause re Case Settlement; Order Vacating Jury Trial, Related Pretrial Hearing Dates and Filing Deadlines**

The Court is in receipt of the Status Report Regarding Settlement [106] filed January 5, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 24, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for February 1, 2011 at 9:00 a.m. is VACATED, as are all related pretrial hearing dates and filing deadlines.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |